UNDER SEAL
HIGHLY SENSITIVE DOCUMENT (HSD)

FEDERAL FALSE CLAIMS ACT
INDIANA FALSE CLAIMS ACT AND WHISTLEBLOWER PROTECTION ACT

HONORABLE MARIO GARCIA
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA

UNDER SEAL
HIGHLY SENSITIVE DOCUMENT (HSD)

FEDERAL FALSE CLAIMS ACT
INDIANA FALSE CLAIMS ACT AND WHISTLEBLOWER PROTECTION ACT

HONORABLE MARIO GARCIA
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA

FILED
MAR 22 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

1:21-cv-688 RLY-MJD

UNDER SEAL - QUI TAM
Honorable Mario Garcia
United States Magistrate Judge
Southern District of Indiana

STATEMENT OF CLAIM OR ALLEGATION
How does a typical 3 year SDLC lifecycle project result in delays approaching 10 years exceeding millions and millions of dollars in overuns?
The simple answer is D - 4.

D - 4 or [Company Name] = Defects, Deceit, Delays, and Dollars is just as explosive and high yielding in its detrimental effects on federal and state governments and the constituencies they seek to serve as C - 4, a explosive used to penetrate and debilitate wartime enemies. In the instance, the war is against corruption.

The mission of the United States Department of Health and Human Services is to protect the health of Americans by offering vital health services to those that are most in need, our most vulnerable populations. Each state also has a Department of Health and Human Services that implements federal policies and implementation guidelines for funding sources. Funding sources for integrated eligibility system modernization projects is typically 90/10 with the federal government providing the majority of funding. This funding mechanism and related methodologies, beginning with lobbying, sales/marketing, service delivery, including the software development cycle, cross all public health and welfare software modernizations efforts - integrated eligibility, children services (child welfare and child support), and unemployment. This submissions has faced numerous forced delays for years due to the continued nefarious, disriminatory, and retaliatory actions taken by [Company Name 1] and its agents to prevent the corroborated truth from surfacing to ethical authorities protecting the tax payers best interests. The solutions proposed by auditors and other fact finding entities to address widespread detrimental multi-state and federal fiscal and consumer impacts will not stop the intentional creation of chaos designed to enable nefarious actitivies while holding their clients hostage to prohibitive transition costs and lost of constituency confidence. Addressing the root cause, systematically, by further closing gaps and "loop holes" in regulations and contractual practices is especially important given the latest fiscal package approved by the Congress and signed into law by the President of the United State in March. Those awards and the day to day commerce activities to fund government and provide services to constituents will continue to be manipulated if attestation and independence activities do not extend and permeate core sales/marketing, implementation, and service delivery practices. If fact, the solutions to further mitigate intentional and unintentional detrimental activities will likely save money and create more simplicity rather than introducing a shinny new "methodology or practice" or internal or external watchdog that doesn't get at the root cause and will likely, by design, continue to sustain the consulting pricing and cost models for new and recurring business with government, not-for-profit and private sector clients.

The [State 1 Name] determined that in order to provide better service to its constituents an investment in technology must be made to replace the current

[Name of State System]. [Name of State System] was installed in 1993 and currently supports workers determining eligibility for Temporary Assistance for Needy Families (TANF), Supplemental Nutrition Assistance Program (SNAP), Medicaid, and the Children's Health Insurance Program (CHIP).
These programs are administered by the [State Agency Name]. The [State Agency Name] is responsible for increasing the economic security and self sufficiency of [State 1 Name] families and ensuring the health and safety of its residents by providing essential services and linkages to community resources. The [State Agency Division Name] has the responsibility for managing the policies for SNAP, TANF, and the eligibility processing and approval for these programs and the Medicaid and CHIP programs. The [State Agency Division Name] is the state's single state agency for Medicaid with responsibility for Medicaid policy. The federal agencies representing these programs include the USDA's Food and Nutrition Services (FNS) agency, the U.S. Health and Human Services (HHS), the Center for Medicare and Medicaid Services (CMS), and the Administration for Children and Families (ACF).

As of February, 2019, according to the Centers for Medicare and Medicaid Services, Medicaid provides health insurance coverage to one in five Americans and accounts for nearly one-sixth of all U.S. health care expenditures. This accounts for over $1.3 trillion in ONLY federal funds for health care entitlements and administrative costs. Professional services firms willing to partner with federal and state governments in the implementation and modernization of medicaid and human services eligibility systems has found this to be a historically lucrative market. The promises of cost savings for federal and state governments through these partnerships were based on industry leading software development lifecyle (SDLC) approaches leveraging open source software.

The federal government was an early adopter of open source software. Open source software components allow federal and state organizations to reduce the cost of developing and innovating software by avoiding overburdening internal resources developing functionality that is readily available.
Difficult economic and market conditions forced software development teams to do even more with less, and to become even more responsive to customer needs.
No matter whether an organization relies on traditional waterfall software development methodologies or more flexible agile development processes, the use of open
source code is the key to dramatically speeding software development.

Early market entrants like professional services firm Anderson Consulting understood this and realized that for success to be generationally sustainable,
open source software had to be coupled with custom development by limited suppliers and an expensive exit strategy. The right leadership style, cultural, and
a strong subcontractor/alliance strategy had to also be wrapped around this delivery model.

In the 2018 article written by the Economic Times titled "The Andersen affair: How a firm that went bust 16 years ago created some of the best accounting minds", it draws a clear deliniation of how those occupying today's leadership positions at professional services firms, including [Company Name 1], espouse how they've "followed the same principles in every stint" by "sticking to the SOPs learnt" while

at the Arthur Andersen & Co, the parent of both Arthur Andersen and Andersen Consulting, which was known as a firm with a Midas touch; it was [Name of Country]'s best, fastest growing and highest billing professional services firm until it went bust."
According to Dani Cohen and Sandra Sowray, "Volkswagen, Enron, Anderson Consulting, McKinsey, and KPMG are - or were - some of the world's best known brands.
They are also companies which have been embroiled in corruption scandals, grabbing media headlines for months across the globe.
Some are still with us, having weathered the storm, others have been pummelled into oblivion, unable to overcome the reputational damage
associated with such a corruption crisis". Unfortunately, this passed down legacy of success means that professional services firms like [Company Name 1] rewarded performance at all costs, even when employees cut ethical corners to achieve high performance.

The leaders of [Company Name 1]'s public sector practice are heritage Anderson Consulting. For more than 20 years, they have implemented medicaid and human services eligibility systems in over 27 states, including unemployment.

In November 2012, [State Agency Name] contracted with 20 year incumbent, [Company Name 1], to implement [System], an integrated eligibility solution that will help [FSSA caseworkers determine benefits for applicants effectively and efficiently. [Company Name 1] maintained and enhanced large-scale, FAMIS certified, online automated system ([System Name]) that supported caseworkers administering eligiblity programs, including temporary assistance for needy families (TANF), medical assistance (MA), supplemental nutrition assistance program (SNAP), and refugee assistance programs. Scope of services also included integration and connectivity of [System Name] to other agencies to better administer child care, child welfare, fair hearings, and [State 1 Name] work programs. [Company Name 1] used its [Company Product Name] as the base solution for [State System Name]. [Company Name 1]'s [Company Product Name] solution combines commercial off the shelf (COTS) tools with transfer assests to deliver a full suite of HHS functionality. It is built upon a service-oriented architecture (SOA) based technical foundation.

Familiar attributes for [Company Name 1]'s offering also included:

- Open source software from [State Name 2] and [State Name 3] at zero to minimal costs coupled with a significant custom development estimate for over 40% of the business requirements. This is before [Company Name 1]'s predatory and nefarious implementation tactics begin to beat forecasted new and recurring revenue tactics with the desired outcome being an "enterprise operating model".
- Aggressive implementation timeline with expensive exit/transition strategy
- Heritage Anderson Consulting leadership team and style representative of close to 100%
- Vulnerable immigrant South Asia culture representative of close to 100% with prevealent HB1, L1, and other visas
- Long term subcontractor/alliance relatonships servicing multiple [Company Name 1] projects, including [State 1 Name], complicated by mandated MBE/WBE requirements

While [Company Name 1] offered numerous qualifications, including being uniquely

qualified with 20 years of incumbent knowledge and skills, that should have enabled the
[State 1 Name] to implement the [Name of State System] collaboratively and with minimum disruption to caseworker everyday workload, [Company Name 1] failed to deliver on key aspects of its value proposition to the [State 1 Name], including leveraging its deep knowledge of implementing and remediation experience from prior integrated eligibility system implementations, effectively and efficiently leveraging incumbent knowledge, and delivering, in a collaberative and transparent manner, on agreed upon project objectives and DDI principles.

Market disruptors
-Affordable Care Act money drying up and market loss in ancillary Health and Human Services areas, including CCWIS and Unemployment bids.
- Need to subsidize or offset "credits" or other penalty payments from faulty projects or market conditions impacting commerical and private sector sales (2008 financial crisis; COVID), expecially those that made public news headlines so that [Company Name 1] could maintain #1 market position and compensation payments to executives, etc.
- Trump's immigration reform actions targeting U.S. Citizenship and Immigration Services's (USCIS) enforcement of eligibility requirements for H-1B visas, which are designed for certain skilled workers such as those employed in the tech industry, as well as L-1 visas, which are meant for executives who work for large corporations (double digit increases in visa denials beginning in 2015 through 2020 (30%)).

The Cost of Corruption
According to recent research at Judge Business School at Cambridge University, the global cost of debugging software has risen to $312 billion annually.
The research found that, on average, software developers spend 50% of their programming time finding and fixing bugs. When projecting this figure onto the total cost of employing software developers this inefficiency is estimated to cost the global economy $312 billion every year; this includes costs associated with the delay in delivery of products and services. The implications for federal and state software implementation projects are much higher.
According to fifty year industry expert in developing software in the commercial and government sectors, Gregory Pope, "detecting software errors early is important since it more effort is needed to fix bugs when the system is nearing launch, and – due to the interactive nature of components in the system – one small bug in a particular component hidden deep within layers of code can result in an effect that is magnified several times over on a system-level."
Traditionally, healthy projects demonstrate an amount of rigor for the SDLC process that is at least proportional to the severity of the consequence of failure of the software being built. [Company Name 1]'s failure to fully deliver for the [State 1 Name] was deliberate and long-standing and has resulted in millions of dollars in cost overruns and degradated service deliver to [State 1 Name] families dependent on these services. The victims of failure not only extend to [State 1 Name] families dependent on these benefits and services, but to job seekers and existing project employees, including vulnerable immigrants seeking corporate sponsorship for employment and citizenship and ultimately, the United States tax payer. Sadly, [Company Name 1]'s role as a government contractor implementing solutions to service those most vulnerable populations seeking federal and state health benefits and

other ancillary services, increases its burden since the true implications of its actions shouldn't be measured purely in cost and time.

Some specific contractual violations, include:

Counter to contractual requirements and [Company Name 1]'s proprietary [Company Methodology] approach, [Company Name 1] leadership directed developers and testers to violate industry standards of lines of demarcation and segmentation of duties, including eliminating or pushing work requirement downstream to other [Company Name 1] team's that also circumvented the testing lifecycle. [Company Name 1] leadership deliberately shifted standards from "comprehensive" to "limited" by dictating arbitrarily limits to work efforts and changing the scope of work. In addition to emails detailing worker constraints and directions to create and report fraudulent records, removing access from employees to prevent them from working and/or communicating fraudulent activities to others, cultivating a hostile work environment, and silencing and retaliating against employees raising concerns, [Company Name 1] leadership stated, when asked why defects weren't allowed to be logged, "it is UAT's problem now." Thereby creating cumulative downstream costs and risks of remediating failures, including costs to third party vendors [Vendor Names] and most unfortunately, end users required to comprehensively "test" the system while in production trying their best to service clients in this sub pair service delivery situation. Even given the quality impacts resulting from the deliberate omission, falsifying, and misclassification of defects and other recordkeeping documents reported to state and federal agencies overburdening downstream processes prior to production, the remants remain at the forefront with an overage of 10 reported material defects a day officially report post production and subject to the same omissions and misclassifications processes.

Deliberately violating contract language requiring effectives/efficiencies to be brought forward in a transparent way. [Company Name 1]'s specialist leader supporting [Company Name 1]'s portfolio of integrated eligiblity systems across several States communicated on call with [Company Name 1] project leadership that there are several known issues with system in several States that she probably won't be surprised by what she identified in [Name of State]. [Company Name 1] subject matter expert was asked, including [Company Name 1] leadership why known issues haven't been addressed across the board and the reply was that "she didn't know why". Thus, a deliberate withholding to profit by failure to remediate issues identified in cure plans and root cause analysis within and across projects and as part of industry and [Company Methodology] standards, including retrospectives shared with client that deliberately excluded actions to remedy and close gaps in meeting contractual requirements, specifically regression testing and leadership decision making issues. According to fifty year industry expert in developing software in the commercial and government sectors, Gregory Pope, "RCA (Root Cause Analysis) is a mechanism of analyzing the Defects, to identify its cause. We brainstorm, read and dig the defect to identify whether the defect was due to "testing miss", "development miss" or was a "requirement or designs miss". When RCA is done accurately, it helps to prevent defects in the later releases or phases. If we find, that a defect was due to design miss, we can review the design documents and can take appropriate measures. Similarly, if we find that a defect was due to testing miss, we can review our test cases or metrics, and update it accordingly.

RCA should not be limited only to testing the defects. We can do RCA on production defects as well. Based on the decision of RCA, we can enhance our Test Bed and include those production tickets as Regression Test cases. This will ensure that the defect or similar kinds of defects are not repeated. It is different from defect analysis, troubleshooting, and other problem-solving methods as these methods try to find the solution for the specific issue, but RCA tries to find the underlying cause."

In addition to unethically withholding information contractually required to provide, [Company Name 1] [Company Name 1] consistently misclassifies tickets submitted by end users. This misclassification materially misrepresents the production impacts to end users and the resolution rate. This has been reported to leadership with no action being taken. Misclassifying defects as change orders. As an example, there are approximately 587 production defects linked to change orders and regression testing in [Company System Name 2]. [Company System Name 2] is a "shadow" system for [Company Name 1] employees only. This "shadow" system is also enables [Company Name 1] to avoid reporting the use of offshore developers and testers. [Company Name 1] literally shows clients a powerpoint slide titled "[Company Name 1] [Country Name 1]", however, one of the locations is [Country Name 2], thereby also possibly avoiding disclosure of other suppliers since [Company Name 2] is another LLP.

[Company Name 1] only reports on "trends" derived from similar tickets and not the full impacts of a defect by querying the production database unless the client specifically requests. This results in continued under reporting of issues impacting benefits eligibility and enrollment. This has been reported to leadership with no action being taken.

[Company Name 1] failed to meet go no go standards agreed to with client and continued to report otherwise to the State and other federal authorities involved in approval processes. Specifically, members of project leadership communicated to senior project leadership in a meeting that [Company Name 1] continued to have critical defect in the final go no go status reporting to State and federal authorities. Senior project leadership communicated to meeting attendees that the client was unaware, [Company Name 1] would be subject to a .5M penalty, and no one should share this with the State.

[Company Name 1] also failed to meet contractual and go no go standards derived from their [Company Methodology] testing processes, from unit to UAT, resulting in increased downstream production costs and service degradation in delivering accurate and timely benefits eligibility and enrollment services.

Violation of [Company Name 1] Contigent Worker Services (CWS) and subcontractor and MBE/WBE policy and contractual requirements, including project leadership entertaining select subcontractors as a coersion tactic and purchasing and gifting excessive alcohol that couldn't be consumed on premises and inaccuracies in worker employment statuses impacting billings.

[Company Name 1] leadership forcing tactics designed to artificially inflate and mislead causation of production support issues reported to the client resulting in

employees expressing concerns about feeling pressured to commit fradulent work activities.

Knowingly violating "key employee" contractual requirements geared to protect federal and state interest, including misleading state and federal auditor functions in verbal and written responses to audit reports, etc.

Violation of independence and PCAOB guidelines and requirements, including conflicts of interest, code of ethics violations, and qualifications of professionals, including partners where [Company Name 1] subject matter experts in leadership raise serious concerns about "decision making" of the [Company Name 1] leader ultimately responsible for the product service failures experienced by the state during a mandated after action review by the client.

Violation of civil and privacy rights for government employees, including active duty service members. Violation of privacy rights for senior citizens. Violation of attorney client privilege for multiple individuals.

Collusion and obstruction of justice with third party suppliers.

Coercive and hostile tactics to dissipate issues being raised in design and testing processes. Shaming, isolating, and forcing out of employees that raise issues contrary to management direction, including retaliatory tactics impacting state and federal agencies, i.e. removing all work from the employees while continuing to bill hours to the client, book W2 earnings, and non-payment of approved reimbursable expenses where the corporate card joint liability agreement, established with a client (conflict of interest), provides a loop hole for corporations wanting to avoid Wage & Hour, IRS, and Federal Trade Commission consumer protections, including disputes, investigative, and recordkeeping processes.

Project employees told not to tell State about or mention [Country Name 2] [Company Team 1] conducting development and testing. Continued practice with [Company Name 1] [Country Name 2] and [Company Name 1] Country Name 1], which includes delivery centers primarily in the [Country Name] (City Name 1 and City Name 2), but whose name is misleading to most since it also has operations in [Country Name 2] a.k.a. [Company Team Name 2, specifically [Country Location Name 1, 2, 3]. The [State 1 Name] employees were explicitly told never speak of a team called [Company Team Name 1] with the client and if you did mention [Company Name 1], do not mention [Company Team Name 2] or [Country Name 2].

Violating federal and state requirements for employers who are receiving federal government assistance that must provide attestations that in seeking the H-1B visa, that they have not unlawfully displaced U.S. workers. Manipulating visa standards and emboldening discriminatory employment practices (isolating, impeding, excluding, and demoting non-South Asian employees) by and favoring South Asia (over 90% visa requests with 1% from China) geared to fill jobs that had been and could be performed by US employees and in most cases did not require special knowledge or "on the job training" was available, prolonged visa status holders tenure and/or award of green cards, more favorable performance reviews and accelerated promotions creating dispart impacts for non-South Asian project employees. This constituted as

"quid pro quo" for the leadership directly supervising employees where fraudulent activities were taking place, including testing and production and clearly [Company Name 1] and its partners with shares profits from this by artificially enlongating their recurring revenue and new business, including crisis management consulting revenue for a crisis they willfully created and reduced expense liability and IRS corporate taxes, including expense reimbursements added to employees wages.

Constant fear among visa holders and/or those being sponsored by [Company Name 1] for green cards that they may receive "bad" performance reviews that jeaparize eligibility and status if they spoke up for others as an "ally" raise issues. One instance in particular involved bringing together key members of the [Company Name 1] testing and technology teams to understand why and propose a solution to the lack of sessions based testing. When this issue was raised by an employee , the employee was publically told in a yelling, loud voice to "shut up" by [Company Name 1] leader. The witnessing employees were so shocked and taken a back that there was a haunting silence and the meeting abruptly adjurned. This fundamental functionality, used on previous projects, didn't get implemented for at least 3 years after it was brought to the [Company Name 1] leadership team numerous times, including multi-state leaders. Unfortunately, this lack of necessary support tools continues to be non-existent on other [Company Name 1] projects, including more recent implementations.

Directives by [Company Name 1] project leadership to stop submission of defects during testing cycle, including cutting off environment and ticket submission access.

Failure to timely implement [Company Name 1]'s [Company Methodology] environment standards (several years delay), including sessions and time travel environments, impacting productivity, accuracy of time reporting, and quality.

Manipulating subcontractor and employee timesheets to lesser hours than worked.

Predatory practices, especially for OEDC and strategic clients experiencing "cure plans", to further exploit and secure increased revenues and scope.

Double dipping in income and tax liability while using this as a retaliation tactic.

Deliberate undermining and/or lack of attestation and independence processes and the creation of a "quid pro quo" and coersive practices impacting immigration regulations and practices.

Deliberate undermining of MBE/WBE regulatory practices in their supplier, government, and employment practices - internal and contractual.

"Double dipping" and exploiting deductions and "bad debt" governed by DOL and IRS regulations.

Recurring discriminatory and retaliatory practices directed at state officials and staff, gender and race related, by [Company Name 1] leadership, including an internal "catch and release" tokenism strategy.

Providing misleading and inaccurate information to envoke a 'coup' on the State project leadership side to avoid meeting continued demands for accurate development and testing staffing and performance metrics.

Deliberate decision to deny requested testing support to client for caseworker UAT when [Company Name 1] was on a time and materials and fixed price arrangements.

Inaccurate reporting of contingency worker and employee status and representation resulting in inaccurate time and materials billing and overpricing of fixed price statements of work.

Violation of protected concerted conduct by employees, including refusal of hire, denial of representation during disciplinary iwithholding of pay and benefits, adverse changes in employment status, and unlawful work rules, statements of threats and inciting workplace violence, polling, creating impression of and conducting surveillance, and surveilling of personal property.

Failure to implement [Company Name 1]'s [Company Methodology] and other best practices for Integrated Eligibility projects defined in contract resulting in a project plagued by multiple delays since project inception in 2012 and a cost overrun of over 120 million dollars and continued million dollar costs for [State System Name] development and maintenance services due to inability to decommission. Even though [Company Name 1] was incumbent vendor providing existing integrating eligibility system for maintenance and operations, they dramatically exceeded the typical modernization implementation timeframe.

In summary, as of recently as the 1st quarter of 2020, [Company Name 1] senior leadership continued to demonstrate and cultivate among staff a propensity to miss agreed upon deadlines, violate SDLC protocols and practices contrary government funded open source code goals and objectives, and delay modernization implementation and decommissioning of existing systems resulting in increased costs and risks. These statements are supported by historical documentation since project inception in 2013 to date and the following performance indicators:
- Multiple delays resulting in one of the longest, if not the longest, project cycle among 27 states implemented by [Company Name 1].
-Typical project life cycle is no more than three years.
- Over 3K known production defects or average of 10 per day
- Over 946 interim business processes, excluding workaround not formally approved by the [Name of State] or federal authorities
- Over 3K data fixes or average of 11 per day
- Over 14K incidents reported by caseworkers or average of 53 per day

This has extended to other state ancillary projects governed by the same account leadership and project methodologies.

Unfortunately, these unethical activities, also include circumventing requirements put in place to avoid another Enron and Anderson Consulting debacle. Good faith partnership rotations and whistleblower hot lines designed to identify opportunities to proactively and effectively address unethical activities without intervention by

overburdened federal and state regulatory agencies have failed. Conflicts of interest and retaliatory actions have been employed numerous times, including escalations to CEO, without resolution. Programs touted by [Company Name 1] as "ally" or "affinity" programs became "informant" programs where employees believing they were doing what [Company Name 1] expected and became victims of retaliation themselves along with the impacted employee. A [Company Name 1] senior leader actually demanded another [Company Name 1] employee and [Company 3 Name] to "handle" an employees that raised legitimiate issues about work constraints stating "is he trying to start a union?" The human resources department has also become a corporate policing function embolding further retalitory practices by taking no action or modeling relaliatory behaviors. Thus, the Congressional actions to prevent further fraud and restore confidence in the financial markets, with the passing of the Sarbanes-Oxley Act of 2002 to address Big 5, now Big 4 firms complacent or complicit role in recent corporate mega-scandals hasn't increased the confidence of a demoralized public.

The entire SDLC project life cycle is designed to deceptively create opportunities for new and recurring revenue. Given the advent of open course code from prior governmental investments to protect tax payers investment, [Company Name 1] would be hard pressed to meet its quarterly and annual profitability targets. Specific "webs of deception" exist in the requirements phase of the project as described above. [Company Name 1] knowingly uses novice business analyst, some literally with less than 1 years experience, to document "new" requirements. The key questions is why are there so many "new" requirements for a transfer solution based on the same federal guidelines? While there are some states with supplemental programs that require "new" requirements, the overall scope is minimal and incidental. The real money is made by conducting meetings with the client starting with a relatively blank piece of paper rather than showing them what exists and asking "why not, is there a reason why this won't work?" [Company Name 1] is also conducting the "gap analysis" in the preliminary stages to access "new requirements". The [Company Name 1] employee conducting the design sessions are typically new to the product and are participating internally in a pseudo "on the job" training at the client's expense. The requirements gathering methodology, now recently rebranded as "human centered" design, on its surface seems "customer friendly", however, that approach undermines cost saving approaches implemented by the government for modernization projects, if it isn't intentionally conducted in a certain way. This will plaque the more savvy agile approaches if not executed in a specific, simplistic way. Employees on the development and testing teams frequently joked about being "lost" among themselves. When these concerns were brought to senior management, they were shut down verbally and physically, including comments from leadership about suppressing "union" activities. This lack of knowledge flows downstream to production support and is a violation of contractual requirements and PCAOB and [Company Name 1] Code of Ethics. The recent H1 legislation proposed by Congress is designed to mitigate conflicts of interest in campaign financing and other congressional and governmental financing, however, the focus is primarilily on congressman serving on private

[State 1 Name] is the tip of the iceburg. What lies beneath is a history of crossing ethical lines and avoidance of safeguards put in place to prevent the corruption that resulted in the prosecution of Enron and Anderson Consulting.

The Case of the [State Name 4]
[State Name 4]'s circumstance again demonstrates that state and federal agencies partnering with [Company Name 1] for software implementation services are held hostage and aren't being deralict in their duties by "turning a blind eye". The enourmously prohibitive transition costs and public shame of a deservingly failed contractual relationship forces a monopolistic situation with limited remedies of creating real, sustaining systematic change in the vendor's practices. [Reporter Name 1], an investigative journalist for the news outlet [Name of News Outlet], reports in his article, [Name of State] Believes In Second Chances, Even for [Company Name 1], that "back in January 2017, [State Name 4] was pissed at [Company Name 1] because, when the state rolled out a new computer system in September 2016 that the firm designed, it had more bugs in it than a [Name of State 3] swamp."The computer system—known as the Unified Health Infrastructure Project (UHIP)—was supposed to streamline benefits, such as Medicaid, food stamps, and child-care assistance for hundreds of thousands of [Name of State]ers. Instead, UHIP was a complete disaster: residents reported missing benefits, hours-long call wait times to the state's Department of Human Services, and long lines at DHS field offices, among other problems.And two and a half years later, [Company Name 1] continues to work on improvements to UHIP because the system still isn't working the way it should. Because [Name of Company] gave them a piece of crap computer system, [Name of State] has not paid the firm since the failed rollout, according to the [Name of News Outlet 2]. At the time, [Name of State] [Name of Governor] called UHIP "disappointing, it's been frustrating, and it's been unacceptable." [Name of Company] apologized publicly to [Name of State] lawmakers for the UHIP fiasco last April, saying it would have probably been a better idea to pilot the system first before flipping the switch to make it go live. So when [Company Name 1]'s contract with [Name of State] was about to expire at the end of March, Raimondo was faced with the decision on whether to renew it or not. She did, because [Name of State] would be better off financially sticking with [Company Name 1], according to the [Name of News Outlet 2]. Given that [Company Name 1] has already provided $87 million in "credits" to the state, plus the $75 million in estimated "discounts" going forward and the $50 million in cash payments, that adds up to a total of nearly $212 million in concessions by [Company Name 1] to [State Name 4], according to the [Name of News Outlet 2]. In a March 21 editorial, the [Name of News Outlet 2] wrote that "[State 4 Name]ers are pretty much caught in a rock and a hard place due to the state's new deal with [Company Name 1]."

The [Name of State] Governor's depiction of [Company Name 1]'s system having "more bugs in it than a [Name of State 5] swamp" is unfortunately "déjà vu" for [Name of State 5]'s Governor and his other state counterparts partnered with [Company Name 1] too, including [Name of State], [Name of State], [Name of State], and [Name of State] to name a few. These are only some examples made public and this is primarily focused on the Integrated Eligiblity system implementations, however, the [Company Methodology] model sold to clients as their "differentiator" and what makes them better to other vendors the terms of their methodology and documentation is used across other public sector projects, including unemployment, child welfare, and child support. Not only is the approach and tools the same, the leadership is also leveraged. As in the recent lawsuit against [Company Name 3] for its role in helping to "turbocharge" opiod sales, [Company Name 1] has profited off of their clients and taxpayers for federal and state contracts by not revealing conflicts of interest or

by delibrating selling and marketing products and services that encourage the violation of laws, including their performance management program and independence program, including its ethics program. Publically, [Company Name 1] sits on not-for-profit boards with direct access to key law and policy makers to assist with while deliberately, knowingly internally implementing and selling/marketing to their clients approaches that willfully undermine these laws designed to protect citizens and government investments. In the last year, [Company Name 1] swiftly moved forward with measures to avoid detection of their fraudulent activities by implementing restrictive retention policies for emails to be automatically deleted by the company within 1 year, etc. since they were facing numerous charges and lawsuits. In fact, [Company Name 1] has been retaliating against employees raising issues about this specifically since 2018 prior to the COVID pandemic, including wrongful terminations, defamation, and privacy violations. Unfortunately, the March 4, 2021 report released by the [Name of State][Name of State 3] OIG surfaces some of these same points, but doesn't get to the actual willfulness of [Company Name 1]'s systemic practices. [Company Name 1] has been successful over the last year to circumvent whistleblowers working with a [Name of State 3] lawyer for over a year long before this investigation and report. Hopefully, the newly appointed DOJ officials and their state counterparts will get the opportunity to review and analyze these allegations and seek justice for governmental officials and the taxpayers.

It is the same decades old "shell game" played over and over since its "rebirth" as [Company Name 1] Consulting. The only difference now is that the [Name of State]State of [State 1 Name] provides solid proof of the relevance and weight of [Company Name 1]'s pervasive and explosive fraudulent, corruptive, collusive, coersive, and obstructive practices.

Works Cited

4-1-2004 The Toothless Watchdog: Corporate Fraud and the Independent Audit - How Can the Public's Confidence Be Restored? David F. Birke
David F. Birke,The Toothless Watchdog: Corporate Fraud and the Independent Audit - How Can the Public's Confidence Be Restored?, 58U. Miami L. Rev.891 (2004)
Available at: http://repository.law.miami.edu/umlr/vol58/iss3/5
"The Big Five referred to the five largest accounting firms: PricewaterhouseCoopers, Andersen (formerly Arthur Andersen prior to the somewhat hostile spinoff of its major consulting arm, Anderson Consulting), [Company Name 1] & Touche, KPMG Peat Marwick, and Ernst & Young. In June 2002, Andersen was convicted by a jury of obstruction of
justice and sentenced by Judge Melinda Harmon, United States District Court for the Southern District of Texas, to five years probation and a $500,000 fine.
See Anderson Sentenced to 5 Years Probation, WALL ST. J., Oct. 17, 2002, available at 2002 WL-WSJ 3409072. As of the date of this Comment, Andersen had surrendered most of its state licenses to practice accounting. Consequently, partners and associates have flocked to other accounting and consulting firms, which are eager to

sign up former Andersen clients."

https://express-press-release.net/84/Teleperformance-wins-BPO-Employer-year-Award-56

991294.php
The award was accepted by David Rizzo, Teleperformance's President of the Asia Pacific region. This is now a [Company Name 1] executive responsible for the majority of visa application requests for government projects.

https://www.ey.com/en_in/forensic-integrity-services/unravelling-fraud-risks-and-restoring-stakeholder-confidence-during-covid-19
The pandemic's impact is comparable to the aftermath of the 2008 financial crisis where fraud and corruption increased significantly.

[Company Name 1] Is Already Bragging About How Great Its Global Revenues Are For FY 2020
by Jason Bramwell
June 16, 2020

https://www.consulting.us/news/4395/[Company Name 1]-ceo-lauds-its-big-4-dominance-as-firm-axes-thousands
[Company Name 1] CEO lauds its Big 4 dominance as firm axes thousands
22 June 2020

https://goingconcern.com/layoff-watch-20-pwcer-claims-performance-ratings-purposely-bumped-down-separations-pandemic/
Layoff Watch '20: PwCer Claims Performance Ratings Are Purposely Being Bumped Down to Make Separation Decisions Easier During the Pandemic (UPDATE)
by Jason Bramwell
July 1, 2020

https://assets.ey.com/content/dam/ey-sites/ey-com/en_gl/topics/assurance/assurance-pdfs/ey-integrity-in-spotlight.pdf
The transformation of business models due to the rapid evolution of digital technology is making the landscape of fraud, corruption, and compliance risk ever more complex. More than 1 in 10 of our respondents are aware of a significant fraud in their company in the last 2 years. In the Middle East, Latin America and Japan, this percentage is higher. The propensity of respondents who would justify fraud to meet financial targets has increased on a global level since 2016. We found that 12% of respondents would justify extending the monthly reporting period, 7% would backdate a contract and 7% would book revenues earlier than they should be to meet financial targets. We also found that the under-35 age group would be more likely to act unethically to meet financial targets than older respondents. This observation is consistent with the results of our 2017 EMEIA and Asia Pacific Fraud Surveys. The fast-paced and competitive business environment might be a cause of this with more pressure on junior professionals to succeed. A 2018 study of 40,000 college students in the US, UK and Canada found that today's young adults feel significantly more pressure to measure up to their peers.

This Giant Beast That is the Global Economy
2019 Episode 8
Kal Penn
"We are all connected by money. Corruption costs an estimated 2.6 trillion each year skimming 5% GDP.  According to World Bank, corruption is part of why the rich get

richer on running up debt, cheap labor and paying as little tax as possible, while the poor get poorer as their jobs and public services are cut. What makes corruption hard to combat is that it isn't just one thing. It is a practice of several unethical acts."

https://maketrade.se/news/corruption-crisis-avoidance-and-management/
Volkswagen, Enron, Anderson Consulting, McKinsey, KPMG. These are – or were – some of the world's best known brands.
They are also companies which have been embroiled in corruption scandals, grabbing media headlines for months across the globe.
Some are still with us, having weathered the storm, others have been pummelled into oblivion, unable to overcome the reputational damage associated with such a corruption crisis. There are few corporate crises which can threaten the continued existence of a company as significantly as the discovery of corruption. Big or small, an individual or group, private sector or involving the bribery of government officials, any of these can escalate into media headlines which will send investors, shareholders, customers, employees, and other stakeholders running for the hills.
The impact of corruption, whether it happens inadvertently, through extortion, pressure, or willingly, through the actions of some executives or employees, will be significant. The risk of falling foul of a corruption crisis is increased for companies operating in countries outside their home base, where the business environment, customs and politics may force a company to engage in corrupt or unethical business practices in order to compete.
A corruption scandal not only affects a company's reputation in the country where it has been perpetrated, but it can also significantly damage that company's global reputation by eroding trust. It also comes at a significant cost. In addition to fines by local and global regulators and law enforcement, which can run into billions of US dollars, a company also needs to take into account the cost of restitution and remediation, the loss of exceptional employees, and rebuilding a reputation. First of all, ethical behaviour requires leadership commitment to infallible values, morals and ethics. We need to change hiring criteria to include a far stronger emphasis on ensuring leadership candidates embody the morals needed to drive ethical leadership. Companies chase executives who will drive competitiveness, growth and financial targets, but it may be time that we place the same amount of importance on driving an unrelenting commitment to values.

Anderson Consulting Legacy
https://www.nytimes.com/1992/09/06/business/andersen-consulting-s-culture-of-clones.html
https://mayrsom.com/tag/arthur-andersen/
https://www.benzinga.com/general/education/14/04/4429482/how-the-arthur-anderson-and-enron-fraud-changed-accounting-forever
https://www.nytimes.com/2002/01/15/business/enron-s-collapse-the-auditors-who-s-keeping-the-accountants-accountable.html
https://acasestudy.com/enron-scandal/
https://www.economist.com/finance-and-economics/2018/08/30/kpmg-is-caught-up-in-scandals-but-its-woes-are-not-existential

The New Face of Consulting

https://economictimes.indiatimes.com/industry/services/consultancy-/-audit/the-andersen-affair-how-it-became-a-boon-for-the-other-big-four/articleshow/64227354.cms?from=mdr
EW DELHI: Perhaps Bobby Parekh, employee number eight and the last India CEO of defunct Big Five firm, Andersen, is also the best flag bearer of 'the Andersen Way'. Sticking to the SOPs he learnt at the firm has kept Parekh in good stead in all four innings of his career.
"I have followed the same principles in every stint. The firm has to be quality-focused, solution-oriented and driven by thought leadership.
We have to offer a differentiated level of service and advice. Period," said Parekh.
Built on these principles, Arthur Andersen & Co, the parent of both Arthur Andersen and Andersen Consulting, was known as a firm with a Midas touch; it was India's best, fastest growing and highest billing professional services firm until it went bust.

http://insight.jbs.cam.ac.uk/2013/financial-content-cambridge-university-study-states-software-bugs-cost-economy-312-billion-per-year/
8 January 2013
Financial Content: Cambridge University study states software bugs cost economy $312 billion per year
According to recent Cambridge University research, the global cost of debugging software has risen to $312 billion annually.
The research found that, on average, software developers spend 50% of their programming time finding and fixing bugs…
The study was conducted by the Judge Business School at Cambridge University, in collaboration with Cambridge-based Undo Software…"

https://people.llnl.gov/pope12
https://www.youtube.com/watch?v=nhbLV16z4KE
Gregory Pope has over 35 years of experience developing software in the commercial and government sectors. Greg has held positions from programmer to CEO. He has been an invited keynote speaker for numerous international symposiums related to Software Quality (STAR, Software Testing Automation, Quality Week, ITEA-DoD) and remains active in presenting papers and articles. His articles have been featured in Better Software, Computer Design, Application Development Trends, Industry Week, Computer World, Signal, Electronic Defense News, San Jose Mercury, and Software Maintenance News. He has presented more than 300 seminars internationally on Software Testing, Software Quality Assurance, and Software Project Management. Greg also continues to consult to industry, where his clients have included companies such as Microsoft, Borland, Apple, Sun, DHL, Siemens, Knight-Ridder, AT&T, Applied Materials, Cadence, EICON, Rogers Cantel, IRS, Abbott Labs, Measurex, Acuson, S3, Eastman Kodak, various venture capital firms and industry analysts.

Detecting software errors early is important since it more effort is needed to fix bugs when the system is nearing launch, and – due to the interactive nature of components in the system – one small bug in a particular component hidden deep within layers of code can result in an effect that is magnified several times over on a system-level.

[Name of State 2]

http://newsletter.convergenceri.com/stories/[Company Name 1]-apologizes-but-skirts-responsibility-for-uhip-debacle,4033
https://www.rimonthly.com/unified-health-infrastructure-project/
http://www.eohhs.ri.gov/Portals/0/Uploads/Documents/PressReleases/PressRelease-[Company Name 1]_102417.pdf
https://www.providencejournal.com/news/20200212/ri-to-keep-30-million-of-50-million-[Company Name 1]-settlement
https://www.providencejournal.com/news/20190315/uhip-debacle-ri-to-extend-contract-as-[Company Name 1]-agrees-to-more-concessions
https://goingconcern.com/rhode-island-believes-in-second-chances-even-for-[Company Name 1]/

[Name of State 3]
https://goingconcern.com/[Name of State 3]-governor-is-not-impressed-with-[Company Name 1]s-handiwork/
https://www.abcactionnews.com/news/region-hillsborough/[Name of State 3]-look-to-join-lawsuit-against-state-over-unemployment-issues
https://www.wtsp.com/article/money/business/connect-website-[Name of State 3]-unemployment-[Company Name 1]/67-644f9528-3b11-4080-bad9-fdca8f6cfb37
https://www2.[Company Name 1].com/content/dam/[Company Name 1]/us/Documents/financial-services/us-cons-policy-admin-systems-low-risk-042415.pdf
Review of the Department of Economic Opportunity [Name of State 3] Connect system

[Name of State 4]
November 25, 2020 memorandum to [Name of State 4 State Official] with [Company Name 1] Consulting Report of Findings.

[Name of State 5]
https://www.courier-journal.com/story/news/politics/2016/04/15/[Name of State 5]-new-benefind-system-costly-experiment/82991072/

[Name of State 6]
https://www.[Name of State 6]online.com/news/2018/oct/20/state-benefits-computer-contract-draws-/

[Name of State 7]
http://themarkup.org/

[Name of State 8]
http://dpaweb.hss.state.ak.us/files/pdfs/ARIES_FAQ-8-7-13.pdf

[Name of State 9]
https://classactionsreporter.com/[Company Name 1]-state-unemployment-portals-data-breach-class-action/

Proposal Response
https://vdocuments.site/
[State 1 Name] has determined that in order to provide better service to its constituents an investment in technology must be made to replace the current [Name of State System]. [Name of State System] was installed in 1993 and currently

supports workers determining eligibility for Temporary Assistance for Needy Families (TANF), Supplemental Nutrition Assistance Program (SNAP), Medicaid, and the Children's Health Insurance Program (CHIP). These programs are administered by the Family and Social Services Administration (FSSA) hereafter known as the Agency. The FSSA Division of Family Resources (DFR) has the responsibility for managing the policies for SNAP and TANF and the eligibility processing and approval for these programs and the Medicaid and CHIP programs. The FSSA Office of Medicaid Policy and Planning (OMPP) is the state's single state agency for Medicaid with responsibility for Medicaid policy. The federal agencies representing these programs include the USDA's Food and Nutrition Services (FNS) agency, the U.S. Health and Human Services (HHS), the Center for Medicare and Medicaid Services (CMS), and the Administration for Children and Families (ACF).

https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData/NationalHealthAccountsProjected.html.
Budgeting $1.3 trillion in federal funds for health care entitlements and administrative costs is, unsurprisingly, a heavy lift.

https://blog.parasoft.com/unit-testing-best-practices-getting-the-most-out-of-your-test-automation
https://smartbear.com/learn/automated-testing/best-practices-for-automation/
Bugs detected early are a lot cheaper to fix than those discovered later in production or deployment.

http://www.softtek.co/newsletters/trends-vision-newsletter/issue4/10-best-practices-for-an-effective-testing-amp-qa-implementation
https://blog.testproject.io/2017/04/16/test-automation-best-practices/
https://www.belatrixsf.com/whitepapers/functional-testing-best-practices/
https://www.stickyminds.com/sites/default/files/presentation/file/2013/11ADPER_TK3.pdf
In general: The amount of rigor used for software process is proportional to the severity of the consequence of failure of the software being built.

https://www.forbes.com/sites/stuartanderson/2020/05/21/uscis-itserve-settlement-overturns-10-years-of-h-1b-visa-policies/#4d68c2e55bf4
In theory, US companies have to try to recruit Americans first. So they put job ads out there but don't hire anyone and then claim that they cannot find an American with the skills needed to fill the job. This gives them carte-blanche to bring in cheaper H-1B workers. Companies that don't want to jump through those hoops can apply for a waiver of the recruit-Americans-first requirement and bring in H-1B workers as long as they pay them over $60,000 a year – which is not a lot for IT workers – and as long as they have a degree, even if it is from a diploma-mill in India.

[Company Name 1] Mentioned
https://insights.dice.com/2018/11/27/new-h-1b-force-contractors-reveal-clients/
This could have significant consequences for outsourcing and staffing firms that apply for large numbers of H-1B visas, then send those workers to other firms. Outsourcing remains a source of considerable controversy, and third-party companies might prove more reluctant to outsource their IT work to staffing firms if they

believe the U.S. government might publicize the relationship at some point.
The DOL's Form ETA-9035 & 9035E (PDF) asks that employers cite whether workers "will be placed with a secondary entity at this place of employment." If the answer is "yes," the employer must provide the legal business name of the "secondary entity," along with the wage rate it pays nonimmigrant workers, and the prevailing wage rate. Those companies that contract workers out to many clients will need to fill out forms for each third-party worksite. In addition to H-1B applicants, the new form applies to those filing H-1B1 and E-3 petitions. This move could impact large firms such as Cognizant, Tata, and [Company Name 1], which may face additional pressures thanks to (rumored) tweaks to immigration policy. Such tweaks to current policy, however, may attract lawsuits from affected companies. Last month, ITServe Alliance, a nonprofit group that counts more than 1,000 IT service organizations as its members, filed a lawsuit against the United States Citizenship and Immigration Service (USCIS). That lawsuit argues that USCIS approved visas for too short a period, and wants the court to limit the agency's ability to set ultra-short validity periods.
In theory, the new forms could allow the U.S. government to more quickly determine whether a consulting firm is engaging in H-1B fraud. However, those firms might worry that revealing their clients will expose them to more bad publicity.

New H-1B Form May Force IT Contractors to Reveal Clients
Nick Kolakowski
November 27, 2018

https://insights.dice.com/2019/03/06/consulting-outsourcing-suing-h-1b-visa/
Outsourcing and consulting companies have filed more than 40 lawsuits against the federal government, according to a new report by Bloomberg Law. Those lawsuits, filed in the U.S. District Court for the District of Columbia, claim that U.S. Citizenship and Immigration Services (USCIS) is too aggressive when it comes to denying H-1B visa applications, which those businesses depend on for workers.
Consulting, Outsourcing Firms Suing Over H-1B Visa Program
Nick Kolakowski
March 6, 2019

According to new data released by USCIS, the number of H-1B applications hit with an RFE (Request For Evidence) skyrocketed in the first quarter of fiscal 2019, while approvals of completed applications hit with an RFE declined noticeably year-over-year. That's surely impacting the strategy and planning of consulting firms, and powering the current spate of lawsuits.
/h-1B-quarterly-requests-for-evidence-2015-2019-Q1-top-30-employers.pdf

Advantages of L1a Managers and Executive
https://www.immihelp.com/l1-a-visa-managers-executives/
EB-13: Multinational Executives and Managers
If you're an executive or manager that has been employed for at least one year during the course of the last years by a prospective firm or corporation, then your employer may be able to petition on your behalf for an immigrant EB-13 visa.
Please note that one year of the three-year requirement may be fulfilled in the United States, provided that the employee is working for the same employer, affiliate or subsidiary in the United States, and was employed for at least one of

the last three years by the company abroad before entering into a valid non-immigrant status.
Also keep in mind that if you're interested in applying for an EB-13 visa, you must continue to render services to the same employer, or to a subsidiary or affiliate thereof, in a capacity that is either managerial or executive upon entry to the United States.

Employers who are receiving federal government assistance must provide attestations that in seeking the H-1B visa, they have not unlawfully displaced U.S. workers.
New revised Form I-9 should now be utilized for all new hires and for all employees who may be subject to the federal contract provision.
Mandatory E-Verify provisions in federal contracts
https://visacoach.org/us-visa-employers/

Although immigration observers have known for many years that the H-1B program tolerates extensive racial discrimination on behalf of young, male Indians from the south of that country, only relatively recently did the subject of discrimination appear in the federal courts.
Allegedly doing the discriminating are the huge, largely Indian-owned outsourcing companies, Tata Consultancies Ltd., Infosys, Cognizant, and others. As we reported earlier, their percentage of H-1B hires from India were: Tata, 99.7 percent; Infosys, 98.1 percent; and Cognizant, 99.6 percent.
What is the H-1B visa?
It is a non-immigrant visa that allows firms to employ foreigners for up to six years in positions for which they have been unable to find American employees.
It also allows holders to apply for permanent residency in the US and buy property in the country.
H-1B Discrimination in the Courts: One Case Moves, Two Do Not
By David North on August 16, 2018
https://cis.org/North/H1B-Discrimination-Courts-One-Case-Moves-Two-Do-Not

http://www.myvisajobs.com/Visa-Sponsor/[Company Name 1]-Consulting/148930.htm
[Company Name 1] Consulting Llp has filed 31112 labor condition applications for H1B visa and 1501 labor certifications for green card from fiscal year 2017 to 2019.
[Company Name 1] Consulting was ranked 4 among all visa sponsors. Please note that 711 LCA for H1B Visa and 9 LC for green card have been denied or withdrawn during the same period.
[Name of Company Representative], [Company Name 1] Chief Talent Officer, is POC.
[Company Name 1] Consulting Llp visa:38750 rank:4: 1700 Market Street Philadelphia, PA 19103

https://www.cbsnews.com/news/trump-visa-ban-claim-open-500000-american-jobs/
The Trump administration says its suspension of some temporary work visas for foreigners will free up 525,000 jobs for U.S. workers by year-end.
The country's work visa system has been a frequent target of critics, who argue that it allows companies to hire foreign workers at lower pay than what U.S. employees would expect. But a range of businesses, especially those in the technology industry, counter that they rely on the visas to hire skilled workers when they're unable to find enough American applicants with the same qualifications.

https://economictimes.indiatimes.com/tech/ites/infosys-faces-fresh-race-discrimination-suit-in-us/articleshow/76347038.cms
https://www.sify.com/news/infosys-rejects-racism-charge-by-ex-staffer-in-us-news-national-ugnl0vedaebef.html
Infosys has engaged in a systemic pattern and practice of discriminating against individuals who are not of South Asian descent in hiring, internal job opportunities, promotions, and performance management.
https://www.computerworld.com/article/2484682/us-it-worker-files-hiring-lawsuit-against-infosys.html

https://www.immigration.net/2020/04/02/employment-furlough-and-termination-options-for-employers-and-their-non-immigrant-workers-h-1b-l-1-e-2-tn-o-1-and-f-1-opt/

https://www.americanprogress.org/issues/economy/reports/2019/12/05/478150/african-americans-face-systematic-obstacles-getting-good-jobs/
https://theambitionplan.com/companies-that-sponsor-work-visas/
https://www.usatoday.com/story/opinion/2020/06/25/covid-19-trump-suspends-guest-worker-visas-column/3241412001/
https://www.uscis.gov/news/news-releases/uscis-strengthens-protections-combat-h-1b-abuses
https://www.nolo.com/legal-encyclopedia/for-employers-how-sponsor-immigrants-work-visas-green-cards

Multiple supporting documents, including emails, and witness testimony from multiple multi-state employees and subcontractors with signed affidavits serving in supervisory and subject matter expert roles.

RELIEF
All available remedies available through the Federal False Claims Act and the Indiana False Claims Act and Whistleblower Protection Act, including but not limited to up to 30% of total contract value from 2012 to date and any other affinity project leveraging similarly situated products, services, methodologies, and human capital, including defendent and its affiliates.

Affiant hereby swears under oath that the following facts are true and correct:

1. My name is Lucretia Brinson and I am aware of misconduct by Deloitte that I assert constitutes a violation of state and federal law.

2. This information is true to the best of my knowledge and belief.

3. This information has been provided to my attorney and I have authorized him to convey it to you.

AFFIANT

Sworn and subscribed before me on this 6/5 day of 2020. I hereby acknowledge that I am a sworn Notary Public for the State of Florida and that the Affiant is personally known to me

KYLE YEAGER NOTARY EXPIRES GEORGIA May 19, 2021 W-00321707 PUBLIC CHEROKEE COUNTY

Notary Public

3966 Bellingrath Main NW
Kennesaw, GA 30144
(770) 878-0621