UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:21-cv-00986-RLY-MJD ***SEALED*** |
| Plaintiff, | ) | |
| v. | ) | No. 1:21-cv-00688-RLY-MJD ***SEALED*** |
| DELOITTE, et al., | ) | |
| Defendant. | ) | |
| LUCRETIA BRINSON, | ) | |
| Relator. | ) | |

**ORDER**

On April 21, 2021, the Clerk received a document from attorney Keith Mosley II. Mr. Mosley now explains that his intent was for the document to be filed as an amended complaint in cause number 1:21-cv-688-RLY-MJD, a case in which Mr. Mosley had not—and still has not—appeared. The document Mr. Mosley filed did not contain a cause number and was entitled Complaint, not Amended Complaint, so it not surprising that the Clerk believed Mr. Mosley intended to initiate a new case. The opening of cause number 1:21-cv-00986-RLY-MJD was the result.

Mr. Mosley, on behalf of the Relator, now moves to "consolidate" that case with 1:21-cv-688-RLY-MJD. The Court agrees that there should only be one case, not two. However, the Court finds that rather than consolidation, the most efficient course of action is to effectuate Mr.

Mosley's original intent. Accordingly, the motions to consolidate [Dkts. 12 and 13] in 1:21-cv-00986-RLY-MJD are **DENIED**, and the **Clerk is directed** to do the following:

- Docket the Complaint and attached exhibits in 1:21-cv-00986-RLY-MJD [Dkt. 1 and 1-1] as an Amended Complaint in cause number 1:21-cv-688-RLY-MJD, with a filing date of April 21, 2021;
- Docket the order granting Mr. Mosley's motion to appear pro hac vice [Dkt. 9 in 1:21-cv-00986-RLY-MJD] in 1:21-cv-688-RLY-MJD, note on the docket in 1:21-cv-688-RLY-MJD that, pursuant to this Order, that order shall be effective in that case, and enter Mr. Mosley as counsel for the Relator in that case; and
- Close cause number 1:21-cv-986-RLY-MJD.

SO ORDERED.

Dated: 1 FEB 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.