UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE, et al.<br><br>Defendants. | ) | No. 1:21-cv-00688-RLY-MJD<br>*SEALED* |
| LUCRETIA BRINSON,<br><br>Relator. | ) | |

**ORDER**

This is matter is before the Court on Relator's Counsel's Notice [Dkt. 21] requesting withdrawal of Relator's motion to compel [Dkt. 19]. That request is hereby **GRANTED**. The Clerk is directed to show Relator's motion to compel [Dkt. 19] as **WITHDRAWN** from the docket.

SO ORDERED.

Dated: 24 FEB 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.