UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>[UNDER SEAL]<br><br>*Defendants* | No. 1:21-cv-00688-RLY-MJD<br>[UNDER SEAL] |

**COMMONWEALTH OF KENTUCKY'S MOTION TO DISMISS**

The Commonwealth of Kentucky, by counsel, moves the Court to dismiss any claims brought in this action by Plaintiff Lucretia Brinson on behalf of the Commonwealth of Kentucky. As grounds, the Commonwealth states that the Plaintiff does not have standing to assert any claims on its behalf. A brief in support of this motion is attached hereto and is incorporated herein by reference.

Respectfully submitted,

**Daniel Cameron**
**ATTORNEY GENERAL**

/s/ Aaron J. Silletto
Aaron J. Silletto
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

I certify that on March 23, 2022, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Aaron J. Silletto
*Counsel for the Commonwealth of Kentucky*