FILED
1:00 pm, Mar 24, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA, INDIANA )
CALIFORNIA, FLORIDA, GEORGIA, ILLINOIS,)
KENTUCKY, LOUISIANA, MICHIGAN, )
RHODE ISLAND, TENNESSEE, )
WASHINGTON AND IN EVERY )
JURISDICTION THAT PROCURES WITH THE )
DEFENDANT EX. REAL. [UNDER SEAL], )
)
Plaintiff(s), )
)
v. ) Cause No. 1:21-CV-00688-RLY-MJD
)
[UNDER SEAL], )
)
Defendant(s). )

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **SELENA A. GIBSON** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the **TOWN OF BAY HARBOR ISLANDS** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Admitted to the United States Court of Appeals for the Eleventh Circuit in 2020, Southern District of Florida in 2019, Middle District of Florida in 2020, Northern District of Florida in 2021, and admitted to the highest courts in Florida Bar in 2014, and District of Columbia in 2019.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 24, 2022

Respectfully submitted,

*/s/ Selena A. Gibson*

SELENA A. GIBSON
FLA. BAR NO. 299325
***Attorneys for Town of Bay Harbor Islands***
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954-463-0100
Fax: 954-463-2444
gibson@jambg.com