UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE, et al.<br><br>Defendants. | ) | No. 1:21-cv-00688-RLY-MJD<br>*SEALED* |
| LUCRETIA BRINSON,<br><br>Relator. | ) | |

**ORDER STRIKING AMENDED COMPLAINTS**

Rule 15(a)(1) of the Federal Rules of Civil Procedure provides that a party may amend a complaint once as a matter of course, without leave of Court, until 21 days after service of a responsive pleading or a motion under Rules 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1)(B). On April 21, 2021, counsel for Relator filed an amended the complaint without leave of Court, which was permitted by Fed. R. Civ. P. 15(a)(1). [Dkt. 16.] However, on April 15, 2022 and April 22, 2022, Relator's counsel filed two additional amended complaints [Dkts. 39 & 40] without seeking leave of Court, which was in violation of Fed. R. Civ. P. 15(a)(1). Accordingly, the Court hereby **STRIKES** Relator's amended complaints filed on April 15, 2022 and April 22, 2022. [Dkts. 39 & 40.] The Clerk is directed to show Docket Nos. 39 and 40 as stricken from the docket.

SO ORDERED.

Dated: 2 MAY 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.