UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE, et al.,<br><br>Defendants. | ) | No. 1:21-cv-00688-RLY-MJD<br>***SEALED*** |
| COMMONWEALTH OF KENTUCKY,<br>TOWN OF BAY HARBOR ISLANDS,<br><br>Interested Parties.<br><br>LUCRETIA BRINSON,<br><br>Relators. | ) | |

**MINUTE ENTRY FOR JUNE 1, 2022**
**HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

A hearing was held before the undersigned on June 1, 2022. Plaintiff United States of America appeared by counsel, Justin Olson; Plaintiff the State of Indiana appeared by counsel, Lawrence Carcare, II; Relator Lucretia Brinson appeared by counsel, Keith Mosley, II. No other parties appeared.

The hearing was scheduled to address Relator's Motion to Unseal Complaint. [Dkt. 41.] However, Relator filed a motion to withdraw that motion after the close of business the evening before the hearing. [*See* Dkt. 48.] There was no objection to the motion being withdrawn.

Accordingly, the motion to withdraw [Dkt. 48] is **GRANTED**, and the Clerk shall note that the motion to unseal [Dkt. 41] has been **WITHDRAWN**.

The Court also discussed the following additional issues and ordered the following:

1. Pursuant to Local Rule 83-6(e), the Court orders Relator's counsel, who has been admitted *pro hac vice* in this matter, to obtain, as local counsel, a member of the court's bar who resides within this district to assist him in the litigation of this matter. [*See* Dkts. 15, 22, & 46 (each documenting rule violations by Relator's counsel).] Such local counsel shall enter an appearance in this matter on or before **July 7, 2022**.
2. Although the State of Indiana has appeared in this case, it does not believe it has been properly served pursuant to its *qui tam* statute. On or before **July 7, 2022**, Relator shall file a Notice setting forth the proper means of serving Indiana pursuant to its statute and demonstrating that such service has been accomplished.
3. It appears that several of the states and countries that Relator included as Plaintiffs in this case do not have applicable *qui tam* statutes and therefore are not proper Plaintiffs. Relator's counsel shall conduct the necessary research—which, to be clear, should have been done prior to the filing of this case—to determine which of the states and countries this applies to. Relator's counsel shall then either file a motion to voluntarily dismiss each of those states and/or countries, or file a brief explaining why they are nonetheless proper Plaintiffs in this case, by **July 7, 2022**. Counsel shall begin his research with the Commonwealth of Kentucky and shall either move to voluntarily dismiss Kentucky or file a response to Kentucky's motion to dismiss, [Dkt. 27], by no later than **June 24, 2022**.

4. With regard to any state or country which is not voluntarily dismissed by Plaintiff, Plaintiff's counsel shall, by no later than **July 7, 2022**, do the following: (1) conduct the necessary research—which, again, should have been done prior to the filing of this case—to determine the proper manner to serve each entity with notice of this lawsuit; (2) take the steps necessary to effect proper service on each entity; and (3) file a notice setting forth each step and attesting that service has been properly effected on each entity.

5. The Court returned to Relator's counsel a box of documents and a flash drive that Relator's counsel improperly sent to the Court and admonished counsel that any documents must be filed in accordance with this Court's Local Rules and in conjunction with a motion or brief. The Court further reminded Relator's counsel that the Complaint in this case may not be further amended without leave of court and that any motion for leave must comply with Local Rule 15-1.

6. The Court, by separate order, will set a hearing to address the document found at Docket Number 42-1, which consists of a notarized statement executed by Relator expressing her dismissal of this case.

SO ORDERED.

Dated: 7 JUN 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.