**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br>DELOITTE, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00688-RLY-MJD<br><br>**UNDER SEAL** |
| COMMONWEALTH OF KENTUCKY,<br>TOWN OF BAY HARBOR ISLANDS,<br><br>Interested Parties.<br><br>LUCRETIA BRINSON,<br><br>Relator. | |

**RELATOR'S UNOPPOSED MOTION TO DISMISS THIS ACTION**

Relator Lucretia Brinson, by and through undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, seeks dismissal of this action with prejudice to the Relator; without prejudice to the United States; without prejudice to the states of California, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Michigan, Rhode Island, Tennessee, and Washington (collectively, the "States"); and without prejudice to the Town of Bay Harbor Islands, Florida.

Counsel for the United States, pursuant 31 U.S.C. § 3730 (b)(1), has informed Relator's counsel that the United States consents to this voluntary dismissal.

Counsel for the State of Indiana, pursuant to Ind. Code § 5–11–5.7–4(b)(1), and pursuant to any state *qui tam* statutes requiring written consent to voluntary dismissal, has informed Relator's counsel in writing that the State of Indiana and the rest of the States, along with the Town of Bay Harbor Islands, Florida consent to this voluntary dismissal. Furthermore, the United States and the States have informed the Relator's counsel that they consent to the unsealing of the contents of the Court's file in this action except for Docket Nos. 6, 11, and 14.

Dated: July _5_, 2022

Respectfully submitted,

s/ Keith Mosley II, Esq.

Keith Mosley II, Esq.
2161 Peachtree Rd #403
Atlanta, Ga 30309
Keith.mosley@mosley-law.com
Phone: 404.725.6181

**CERTIFICATE OF SERVICE**

I hereby certify that on the __5__ day of July 2022, a copy of the foregoing was served upon Counsel by means of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

s/ Keith Mosley II, Esq.

Keith Mosley II, Esq.
2161 Peachtree Rd #403
Atlanta, Ga 30309
Keith.mosley@mosley-law.com
Phone: 404.725.6181