UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, v. DELOITTE, et al., Defendants. | ) | No. 1:21-cv-00688-RLY-MJD *SEALED* |

**ORDER VACATING PRETRIAL CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

In light of Relator's Unopposed Motion to Dismiss this Action [Dkt. 52], the United States of America's Notice of Consent to Dismissal [Dkt. 53], and the State of Indiana's Consolidated Notice of Consent to Dismissal [Dkt. 54], the Court, *sua sponte*, hereby **VACATES** the in-person Pretrial Conference scheduled for **July 15, 2022 at 1:00 p.m. (Eastern)**.

SO ORDERED.

Dated: 13 JUL 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.