UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *et al.*, Plaintiffs, | ) | |
| v. | ) | No. 1:21-cv-00688-RLY-MJD |
| DELOITTE *et al.*, Defendants. | ) | |

**ORDER**

On June 5, 2023, the court denied Relator Lucrecia Brinson's motion to reopen this case. Since then, Relator—by counsel—twice filed a "reply" to the court's entry denying her motion. (Filing Nos. 59 & 60). The court construes the replies as a motion for reconsideration of the denial.

Having carefully reviewed Relator's motion, the court concludes it should be **DENIED**. Relator is reminded that she effectuated a voluntary dismissal of this action. (Filing Nos. 52 & 56). This case is over, and the filing of future frivolous motions may result in the imposition of sanctions.

**IT IS SO ORDERED** this 14th day of June 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.