UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00688-RLY-MJD |
| | ) | |
| | ) | |
| DELOITTE *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON RELATOR'S MOTION TO CORRECT**

On August 4, 2022, the court granted Relator Lucretia Brinson's Unopposed Motion to Dismiss this Action with prejudice to herself. She apparently regrets that decision and has filed various motions to reopen and to reconsider the court's August 4 Order, all of which have been denied. Undeterred, Relator has now filed a Motion to Correct, which the court construes as yet another motion to reconsider. For the reasons previously addressed by the court (*see* Filing Nos. 58, 61), Relator's Motion to Correct (Filing No. 62) is **DENIED**.

**SO ORDERED** this 23rd day of August 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.